# UNREPORTED CASES.

## EDWIN M. WILMER *v.* HERBERT L. GRYMES.

### *Renewal of Judgments.*

Two or more judgments against the same defendant cannot be renewed by a single writ of *scire facias.*

*Decided November 6th, 1925.*

Appeal from the Baltimore City Court (DUKE BOND, J.).

Action by Edwin M. Wilmer against Herbert L. Grymes, associate justice of the peace of the People's Court of Baltimore City. From a judgment for defendant, plaintiff appeals. Affirmed.

The cause was submitted on briefs to BOND, C. J., PATTISON, URNER, ADKINS, OFFUTT, DIGGES, PARKE, and WALSH, JJ.

*Edwin M. Wilmer,* for the appellant.

*Philip B. Perlman,* for the appellee.

URNER, J., delivered the opinion of the Court, affirming the judgment, with costs.

## EDWIN M. WILMER *v.* CHARLES R. BAGNELLE.

### *Right of Appeal.*

No appeal lies from a judgment of the Baltimore City Court, rendered on appeal from the People's Court of Baltimore City in a *scire facias* case.

*Decided November 6th, 1925.*

Appeal from the Baltimore City Court (ULMAN, J.).

*Scire facias* proceeding by Edwin M. Wilmer against Charles R. Bagnelle. From a judgment quashing the writ on appeal from the People's Court of Baltimore City, said Wilmer appeals. Appeal dismissed.

The cause was submitted on brief to BOND, C. J., PATTISON, URNER, ADKINS, DIGGES, PARKE, and WALSH, JJ.

*Edwin M. Wilmer,* for the appellant.

ADKINS, J., delivered the opinion of the Court, dismissing the appeal, appellant to pay the costs.

---

## LOUIS S. ASHMAN *v.* WALTER KOCH ET AL.

### *Mortgage—Waiver—Foreclosure Sale.*

A waiver by mortgagees in favor of a purchaser of the property *held,* on a construction thereof, to be conditional in character.

On an issue as to the distribution of the surplus proceeds of a mortgage sale, *held* that, the record failing to show the amount due claimants under a third mortgage, the case should be remanded that additional testimony be taken.

*Decided January 12th, 1926.*

Appeal from the Circuit Court of Baltimore City (DAWKINS, J.).

Exceptions by Louis S. Ashman to an auditor's account. From an order dismissing the exceptions and ratifying the account, the exceptant appeals. Case remanded.

The cause was argued before BOND, C. J., PATTISON, URNER, ADKINS, OFFUTT, DIGGES, PARKE, and WALSH, JJ.

*J. Kemp Bartlett, Jr.,* for the appellant.

*Eldridge Hood Young,* with whom was *Harry T. Kellman* on the brief, for Mayer Resnick and Minnie Resnick, appellees.

WALSH, J., delivered the opinion of the Court, remanding the case, without affirmance or reversal, for further proceedings in accordance with the opinion, the costs to abide the event.